# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: KRAKOWSKI, ADAM S.                                   §   Case No. 09-70283
                                                               §
                                                                §

Debtor(s) _____ §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
    211 South Court
    Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 02/01/2010 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _12/07/2009_____     By: _/s/JOSEPH D. OLSEN_____
                                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: KRAKOWSKI, ADAM S.                               §   Case No. 09-70283
                                                        §
                                                        §
                                                        §
Debtor(s)                                               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ __48,037.90__ |
| *and approved disbursements of* | $ __24,016.80__ |
| *leaving a balance on hand of* [1] | $ __24,021.10__ |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ __3,152.11__ | $ __33.42__ |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ __765.00__ | $ _____ |
| *Appraiser* | _____ | $ _____ | $ _____ |
| *Auctioneer* | _____ | $ _____ | $ _____ |
| *Accountant* | _____ | $ _____ | $ _____ |
| *Special Attorney for trustee* | _____ | $ _____ | $ _____ |
| *Charges,* | U.S. Bankruptcy Court | $ _____ | $ _____ |
| *Fees,* | United States Trustee | $ _____ | $ _____ |
| *Other* | _____ | $ _____ | $ _____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,007.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 60.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 -2 | CHASE BANK USA, NA | $ 15,184.04 | $ 9,232.75 |
| 2 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 15,681.13 | $ 9,535.00 |
| 3 | Recovery Management Systems Corporation | $ 446.27 | $ 271.36 |
| 4 | IAA Credit Union | $ 1,696.32 | $ 1,031.46 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JOSEPH D. OLSEN _____

Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez          Page 1 of 1             Date Rcvd: Dec 30, 2009
Case: 09-70283               Form ID: pdf006         Total Noticed: 18


The following entities were noticed by first class mail on Jan 01, 2010.
db             Adam S. Krakowski,    762 Waters Edge Blvd.,   Malta, IL  60150-2008
aty           +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty           +Jason H Rock,   Barrick Switzer Law Office,   6833 Stalter Drive,   First Floor,
               Rockford, IL 61108-2579
tr            +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
13477086       Bank Of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
13477087       Best Buy Co., Inc.,   Retail Services,   P.O. Box 17298,   Baltimore, MD 21297-1298
13870922      +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14350214       CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
13477088       Capital One Bank, N.A.,   P.O. Box 6492,   Carol Stream, IL 60197-6492
13477089       Chase,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
13477090       Chase Home Finance,   P.O. Box 9001871,   Louisville, KY 40290-1871
14075368       FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14134550       IAA Credit Union,   PO BOX 2901,   Bloomington IL 61702-2901
13477091       Nissan Motor Acceptance Corporation,   P.O. Box 9001132,   Louisville, KY 40290-1132
13477092      +Shannon Krakowski,   454 Jasmine Court,   Dekalb, IL 60115
13477093       Visa,   P.O. Box 4521,   Carol Stream, IL 60197-4521

The following entities were noticed by electronic transmission on Dec 30, 2009.
13646716      +E-mail/PDF: gecsedi@recoverycorp.com Dec 31 2009 00:18:09     GE Money Bank,
               Recovery Management Systems Corp,   25 S. E. 2nd Ave., Ste 1120,   Miami, FL 33131-1605,
               Attn: Ramesh Singh
14089421      +E-mail/PDF: rmscedi@recoverycorp.com Dec 31 2009 00:18:10
               Recovery Management Systems Corporation,   For GE Money Bank,   dba LOWES CONSUMER,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                    TOTAL: 2


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
                                                                            TOTALS: 0, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 01, 2010**          **Signature:** _____